UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL EDUARDO OZUNA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.: 25-cv-3557-AJB-DEB<br><br>**AMENDED SCHEDULING ORDER**<br><br>**[DKT. NO. 27]** |

Before the Court is the Joint Motion to Continue Discovery Deadlines. Dkt. No. 27. Good cause appearing, as stated in the Motion, the Court **GRANTS** the Motion as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Expert Designations | 9/4/26 | 11/4/26 |
| Fact Discovery | 9/4/26 | 11/4/26 |
| Rebuttal Expert Designations | 9/18/26 | 11/18/26 |
| Rule 26(a)(2)(B) Disclosures | 10/2/26 | 12/2/26 |
| Supplemental Disclosures | 10/30/26 | 12/30/26 |
| Expert Discovery Cutoff | 11/27/26 | 1/27/26 |
| Deadline to File Dispositive Motions | 12/23/26 | 2/23/26 |

//

25-cv-3557-AJB-DEB

All other guidelines, deadlines, and requirements remain as previously set. *See* Dkt. No. 19. No further extensions will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated:  August 7, 2026

Daniel E. Butcher
United States Magistrate Judge

25-cv-3557-AJB-DEB